# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 23-MJ-6333-MPK |
| | ) | |
| Sudipta Mohanty | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 27, 2022__ in the county of __Suffolk__ in the District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 49 U.S.C. § 45606(2) | Application of certain criminal laws to acts on aircraft |
| D.C.C. § 22-1312 | Lewd, indecent, or obscene acts |

This criminal complaint is based on these facts:

Please see the attached Affidavit of Special Agent Jason D. Costello, attached hereto and incorporated herein.

☑ Continued on the attached sheet.

/s/ Jason D. Costello

*Complainant's signature*

Special Agent Jason D. Costello, FBI
*Printed name and title*

Sworn to before me and signed via telepone.

Date: 08/09/2023

*Judge's signature*

City and state: Boston, Massachusetts

Hon. M. Page Kelley, U.S. Magistrate Judge
*Printed name and title*