UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
         )
v.         )    CR.  NO. 1:23-MJ-06333
         )
SUDIPTA MOHANTY        )
         )

## NOTICE OF APPEARANCE

Now comes undersigned counsel and enters her appearance to represent the defendant in

connection with the above-referenced matter.

Respectfully submitted,
CLAUDIA LAGOS
By his attorney

/s/ Claudia Lagos
Claudia Lagos
B.B.O. #681504
Scully & Lagos
10 Post Office Square
Boston, MA  02109
Tel: 617-307-5055

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 14, 2023.

/s/ Claudia Lagos
Claudia Lagos

1